■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS

CLARY, Appellant.—Motion to resettle order to recite reversal of judgment "on law alone" granted. Present—Simons, J. P., Hancock, Jr., Schnepp, Doerr and Moule, JJ.